B1 (Official Form 1) (4/10)

| United States Bankruptcy Court<br>District of New Hampshire | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Lopushansky, Nazar V.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **7228** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**348 Fox Hollow Way**<br>**Manchester, NH**<br>ZIPCODE **03104** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**Hillsborough** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIPCODE | |

**Type of Debtor**
(Form of Organization)
(Check **one** box.)

☑ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☐ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check **one** box.)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☑ Other

**Tax-Exempt Entity**
(Check box, if applicable.)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box.)**

☑ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
☑ Debts are primarily business debts.

**Filing Fee** (Check one box)

☑ Full Filing Fee attached

☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Check all applicable boxes:
☐ A plan is being filed with this petition
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (4/10)                                                                                                                Page 2

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **Lopushansky, Nazar V.** |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location <br> Where Filed:**None** | Case Number: | Date Filed: |
| Location <br> Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: <br> **None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** <br> (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** <br> (To be completed if debtor is an individual <br> whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code. <br><br> X _____ <br>    Signature of Attorney for Debtor(s)               Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

    ☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

    ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

    ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

    ☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

    ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord or lessor that obtained judgment)

_____

(Address of landlord or lessor)

    ☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

    ☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

    ☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (4/10)                                                                                                          Page 3

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | **Name of Debtor(s):**<br>**Lopushansky, Nazar V.** |
|---|---|

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br><br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X **/s/ Nazar V. Lopushansky**<br>_____<br>Signature of Debtor          **Nazar V. Lopushansky**<br><br>X<br>_____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br>**May 27, 2011**<br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br>(Check only **one** box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X<br>_____<br>Signature of Foreign Representative<br><br>_____<br>Printed Name of Foreign Representative<br><br>_____<br>Date |

| **Signature of Attorney\*** | **Signature of Non-Attorney Petition Preparer** |
|---|---|
| X **/s/ Gerald D. Neiman**<br>_____<br>Signature of Attorney for Debtor(s)<br><br>**Gerald D. Neiman 03902**<br>**Gerald D. Neiman, Attorney At Law, PLLC**<br>**103 Roxbury St. Ste 302B**<br>**Keene, NH  03431**<br><br><br><br>**May 27, 2011**<br>_____<br>Date<br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any,  of Bankruptcy Petition Preparer<br><br>_____<br>Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>X<br>_____<br>Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.<br><br>_____<br>Date |
| **Signature of Debtor (Corporation/Partnership)**<br><br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X<br>_____<br>Signature of Authorized Individual<br><br>_____<br>Printed Name of Authorized Individual<br><br>_____<br>Title of Authorized Individual<br><br>_____<br>Date | Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.* |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1D (Official Form 1, Exhibit D) (12/09)

## United States Bankruptcy Court
## District of New Hampshire

IN RE:                                                    Case No. _____

**Lopushansky, Nazar V.** _____    Chapter **7** _____
                          Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: **/s/ Nazar V. Lopushansky** _____

Date: **May 27, 2011** _____

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**District of New Hampshire**

IN RE:                                                      Case No. _____

**Lopushansky, Nazar V.** _____     Chapter **7** _____
                    Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby certifies under penalty of perjury that the attached master mailing list of creditors, consisting of _____**23** pages is complete, correct and consistent with the Debtor's schedules pursuant to Local Bankruptcy Rules and assumes all responsibility for errors and omissions.


Date: **May 27, 2011** _____        **/s/ Nazar V. Lopushansky** _____
                                          Debtor Signature
                                          **Lopushansky, Nazar V.**
                                          **348 Fox Hollow Way**
                                          **Manchester, NH  03104**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

A&S Collection Assocaites, Inc.
Re: Albert Smith
P.O. Box 395
Williamston, VT  05679


Abco Rental
35 Bradley Dr.
Westbrook, ME  04092


Acadia Contractors, LLC
780 Auburn Rd.
Turner, ME  04282


Acadia Insurance Co.
P.O. Box 10159
Albany, NY  12201


Ace Welding Co., Inc.
P.O. Box 695
Merrimack, NH  03054


AH Harris
P.O. Box 30135
Hartford, CT  06150


Air Distribution Corp.
350 Harvey Rd. Unit 1A
Manchester, NH  03103


Airgas East, Inc.
P.O. Box 827049
Philidelphia, PA  19182

Alfano & Baroff Professional Association
Re: Difeo & Brogna LLC
10 Commerce Park North Ste 13B
Bedford, NH   03110


Allen Maxwell & Silver
190 Sylvan Ave.
Englewood Cliffs, NJ   07632


AllenLumber Co.
707 Stone Cutters Way
Montpellier, VT   05602


Allstate Concrete
7 Scott Ave.
Hooksett, NH   03106


Alside Supply Center
111 Zachery Rd.
Manchester, NH   03109


Amex
Po Box 3001
Malvern, PA   19355


APM, Inc
P.O. Box 498
Auburn, MA   04212


Applicators Sales & Service, Inc.
15 Keewaydin Dr.
Salem, NH   03079


Armand Lemire Company, Inc
P.O. Box 16454
Hooksett, NH   03106

Asset Acceptance Llc
Po Box 2036
Warren, MI   48090


Bamco, Inc
30 Baekland Ave.
Middlesex, NJ   08846


Bank Of America
Po Box 17054
Wilmington, DE   19850


Bayview Financial Loan
2601 S Bayshore Dr 4th Fl
Miami, FL   33133


Beacon Salles Company
P.O. Box 415439
Boston, MA   02241-5439


Bellino Grosso, Inc.
980 Riverside St.
Portland, ME   04103


Benson Lumber
P.O. Box 444
Derry, NH   03038


BMW Financial Services
P.O. Box 9001065
Louisville, KY   40290-1065


Bond Safeguard Insurance Company
1919 S. Highland Ave. Bldg A Ste 300
Lombard, IL   60148-4979

Border Electric Contractor
P.O. Box 1864
Merrimack, NH  03054


Boston Ladder & Scaffolding
159 Frontage Rd.
Manchester, NH  03103


Brock's Building Materials
298 N. Main St.
Rochester, NH  03866


Bugbee Insulation, Inc.
15 North Main St.
Jericho, VT  05465


Builders & Homeowners Mtg Company
P.O. Box 665
W. Ossipee, NH  03890


Builders Installed Products
515 Riverside Industrial Pkwy
Portland, ME  04103


Builders Installed Products
P.O. Box 5111
Manchester, NH  03108


Caine & Weaver
9960 Corporate Campus Dr. Ste 1600
Louisville, KY  40223


Camera Slate Products Inc.
P.O. Box 8
Fairhaven, CT  05743

Caselle Waste Management, Inc.
P.O. Box 418
Williston, VT  05495


Catholic Medical Center
P.O. Box 179
Manchester, NH  03105


Centrix Bank
1 Atwood Lane
Bedford, NH  03110


Champion Construction & Manufacturing
163 Mountain Rd.
Nottingham, NH  03290


Chartis
22427 Network Place
Chicago, IL  60673


Ciadelli Fuel Co., Inc.
467 Nashua St
Milford, NH  03055


Citibank USA*
Bankruptcy Dept.
P.O. Box 20507
Kansas City, MO  64195


Citibank USA*/ The Home Depot
Bankruptcy Dept.
P.O. Box 20507
Kansas City, MO  64195

Citibank USA*/Sears
Bankruptcy Dept.
P.O. Box 20507
Kansas City, MO  64195


Citizens Bank
Managed Asset Division
480 Jefferson Blvd., RJBW 500
Warwick, RI  02886


Cohen Steel Supply
10 Basin St.
Concord, NH  03302


Colex, LLC
P.O. Box 156
Gray, ME  04039


Coll Concrete Creations, Inc.
70 Prospect Hill Rd.
Hancock, NH  03449


Comcast
P.O. Box 1577
Newark, NJ  07101-1577


Concrete Coring Company
5 Pine St. Ext  #6 Mill Annex
Nashua, NH  03060


Construction Summary, Inc.
734 Chestnut St.
Manchester, NH  03104

CRP Contract Flooring, Inc.
548 Donald St. Unit 11
Manchester, NH   03110


Cyr Lumber
P.O. Box 837
Windham, NH   03087


D&B Locksmith Inc.
18 Johnson St.
Bedford, NH   03110


Dartmouth Hitchcock Clinic Keene
PO Box 10547
Bedford, NH   03110-0547


Dave's Septic Service, Inc.
P.O. Box 5193
Manchester, NH   03108


Decorating Plus, Inc.
336 Center St.
Auburn, ME   04210


Difeo & Brogna LLC
33 Hunter Dr.
Derry, NH   03038


Direct Capital Corporation
155 Commerce Way
Portsmouth, NH   03801


DMJ Finishers
30 Barrington Ave #307
Nashua, NH   03062

```
Don Cote Construction LLC
3 Yeaton Lane
Epsom, NH   03234


Door Systems Corp.
66 Westminster St.
Lewiston, ME   04240


Dsnb Macys
Po Box 8053
Mason, OH   45040


Ducharme's Machine Shop, Inc.
1670 McGlynn Rd.
Graniteville, VT   05654


Eastern Insurance Group, LLC
233 West Central St.
Natick, MA   01760


Edward Frisella, Jr.
11 Cinnamon Ridge Rd.
Sommersworth, NH   03878


EJP Inc.
P.O. Box 350002
Boston, MA   02241-0502


Elm Grove Proeprty Solutions, LLC
497 Hooksett Rd. #2 PMB 173
Manchester, NH   03104


Emanuel Engineering, Inc
118 Portsmouth Ave. Ste A-202
Stratham, NH   03885-2415
```

Evans Cabinet Corp
1321 North Franklin St.
Dublin, GA  31021


F. D. Randall & Associates Inc.
12 Mason Rd.
Chichester, NH  03258


Fastenal
P.O. Box 978
Winona, MN  55987


Federal Express
P.O. Box 371461
Pittsburg, PA  15250


Filenes
PO Box 94868
Cleveland, OH  44101-4868


Fireside Inn & Suites - Auburn
1777 Washington St.
Auburn, ME  04210-3847


Franks Signs Inc.
591 Lincoln St.
Manchester, NH  03104


Frederick Meyers, III & Sons LLC
P.O. Box 608
Sangornville, NH  03872


Gate City Fence, Co
11 Ledge St.
Nashua, NH  03060

Gauvin Masonry Inc.
P.O. Box 624
Waterbury, VT  05676


Geddes Building Mover, Inc
85 River Rd. Box 17
Bow, NH  03301


George Pynn Masonry, Inc
29 Newton Rd.
Plaistow, NH  03865


Gilford Well Company, Inc
1440 Lake Shore Rd.
Gilford, NH  03249


GMAC Mortgage LLC
433 S. Main St. Ste 202
W. Hartford, CT  06110


Gould Crane Service
1031 River Rd.
Weare, NH  03281


Gragil Associates, Inc.
P.O. Box 1010
Pembroke, MA  02359-1010


Granite State Glass
4 Aviation Dr.
Gilford, NH  03249


Granite State Plumbing & Heating
26 Waterford Place
Gilford, NH  03249

Hancock Lumber Company
P.O. Box 299
Casco, ME  04015


Hanover Insurance Group
440 Lincoln St.
Worcester, MA  01653


Hartigan Company
31 WElch Park Dr.
Middlesex, VT  05602


Harvey Industries
240 West Rd.
Portsmouth, NH  03801


Harvey Industries
30 Jack's Bridge Rd.
Londonderry, NH  03053


Helios Systems
1 Liberty Lane
Hampston, NH  03842


High Tec Fire Protection Co.
P.O. Box 156
Minot, ME  04258


Hissong Ready Mix & Aggregates, LLC
48 York St. Ste 2
Kennebuck, ME  04043


HSBC Card Services*
P.O. Box 80084
Salinas, CA  93912-0084

```
Ideal Disposal, Inc.
P.O. Box 1000
Pelham, NH  03076


Internal Revenue Service
Insolvency Unit
P.O. Box 9502
Portsmouth, NH  03802


Jay Surdukowski, Esq.
Sulloway & Hollis, PLLC
P.O. Box 1256
Concord, NH  03302


John A. Wolkowski, Esq.
Re; MASCO Contract Service
P.O. Box 516
Manchester, NH  03105-0516


John C. Pratt, Co.
60 Rochester Hill Rd.
Rochester, NH  03867


John G. Cronin, Esq.
722 Chestnut St
Mancehster, NH  03104


JSN Associates, Inc.
One Autumn Street
Portsmouth, NH  03801


JW Arnold Builder
26 N. Mason Rd.
Brookline, NH  03033
```

K And M Properties LLC
C/O John Cronin, Esq
722 Chestnut St.
Manchester, NH   03103


Kamco Supply Corp.
P.O. Box 83234
Woburn, MA   01813-3234


L&S Concrete Cutting, LLC
P.O.Box 142
Barnstead, NH   03218


LAB Landscape & Bobcat Service
790 W. Main St.
Antrim, NH   03440


Lang Door And Hardware, Inc.
2 Brookside West
Hooksett, NH   03106


Leading Edge Recovery Solutions
5440 N. Cumberland Ave Ste 300
Chicago, IL   60656-1490


Lexon Insurance Company
256 Jackson Meadows Dr. Ste 201
Hermitage, TN   37076


Liberty Mutual
P.O. Box 9525
Manchester, NH   03108


Lowes Business Account
P.O. Box 530970
Atlanta, GA   30353-0970

Lumber Barn
P.O. Box 447
Bradford, NH  03221


Lvnv Funding Llc
Po Box 740281
Houston, TX  77274


Maine Roofing, Inc.
24 Bishop Ave.
S. Portland, ME  04106


Manchester Urology Associates
4 Elliot Wasy Ste 200
Manchester, NH  03103-3553


Marinosci Law Group, P.C.
RE: Bayview Loan Servicing, LLC
1575 South County Trail
E. Greenwich, RI  02893


Matthew R. Johnson, Esq.
111 Amherst St.
Manchester, NH  03101


Meridan Land Service
31 Old Nashua Rd.
Amherst, NH  03031


Middleton Building Supply,. Inc.
5 King's Highway
Middleton, NH  03887


Milford Lumber Co.
P.O. Box 489
Milford, NH  03055

Miller Engineering And Testing
P.O. Box 4776
Manchester, NH   03108-4776


Mobile Mini, Inc
P.O. Box 740773
Cincinnati, OH   45274-0773


Mt. William Inc.
1225 River Rd.
Weare, NH   03281


National Grid
P.O. Box 4300
Woburn, MA   01888


Nationwide Credit , Inc.
2002 Summit Blvd. Ste 600
Atlanta, GA   30319-1559


New England Duplicator
8030 S. Willow St.
Manchester, NH   03103


NH Department Of Revenue
Document Processing Division
P.O. Box 637
Concord, NH   03302


Niederman, Stenzel & Lindsey
Jay M. Neiderman, Esq.
55 West Webster St.
Manchester, NH   03104

Northeast Utilites
Box Number 2957
Hartford, CT  06104


Northland Group, Inc*
PO Box 390846
Minneapolis, MN  55439


Northwest Vermont Elec Contractors, Inc.
70 Blackberry Dr.
Huntington, VT  05462


One Communcations
P.O. Box 415721
Boston, MA  02241-5721


Opechee Construction Corp.
11 Corporate Dr.
Belmont, NH  03220


Oscar Vico Painting
15 Essex St #2
Fitchburg, MA  01420


P. Haynes Construction
698 Auburn St.
Mancehster, NH  03103


Page Street Leasing, LLC
P.O.Box 129
Candia, NH  03034-0129


Parrott Painting
38 Allen St Unit 2D
Sandown, NH  03873

Pentech Financial Services, Inc.
P.O. Box 790247
St. Louis, MO  63179-0247


Pentech Funding LLC
1310 Madrid Street Ste 103
Marshall, MN  56258


Perras Ace, Inc.
31 Perras Rd.
Lancaster, NH  03584


Phillip Martelle
132 Higgins Rd.
Granville, NY  12832


Phoenix Fire Protection Inc.
P.O. Box 854
Derry, NH  03038


Phoenix Precast
77 Regional Dr.
Concord, NH  03301


Pine Tree Waste
P.O. Box 780
Scarborough, ME  04070-0780


Piquette & Howard Electrical Service
222 Plaistow Rd.
Plaistow, NH  03865


PJ Carpentry & Siding LLC
112 Albright Ave
Stratford, CT  06614

Poland Spring
P.O. Box 856192
Louisville, KY  40285-6192


Portfolio Recovery Associates
P.O. Box 12914
Norfolk, VA  23514


Pro United, Inc.
P.O. Box 790
Greenland, NH  03840-0790


PSNH
Credit Department
PO Box 330
Manchester, NH  03105


Quality Glass, Inc.
969 Lisbon St.
Lewiston, ME  04240


Quality Insulation Inc.
P.O Box 534451
Atlanta, GA  30353-4451


Ralph Pill Electric Supply
307 Dorchester Ave.
S. Boston, MA  02127


Raymond D. Lepage
215 Corn Hill Rd.
Boscawen, NH  03303


Raymond Sand & Gravel, LLC
321 Rte 27
Raymond, NH  03077

Riverside Construction
259 N. Shore Rd.
Revere, MA  02151


Robert Fremeau
30 Canton St.
Manchester, NH  03103


Rodrigue & Sons Painting, Inc.
P.O. Box 2301
Lewiston, ME  04241


Royal Roofing & Siding, Inc.
2171 Lisbon Rd.
Lewiston, ME  04240


Sears/cbsd
701 East 60th St N
Sioux Falls, SD  57117


Service Master Of Lakes Region
Lewiston/Auburn
P.O. Box 191
Oxford, ME  04270


Shaheen Guerrera & O'Learym LLC
Sean P. O'Leary, Esq.
820A Turnpike St.
N. Andover, MA  01845


Sherwin & Williams
738 Islington St.
Portsmouth, NH  03801

Singanture Press
P.O. Box 16327
Hooksett, NH  03106


Spec Tech Painting
575 Daniel Webster Hwy
Merrimack, NH  03054


Spillers Reprographics
224 Gorham Rd.
Scarborough, ME  04074


Staples Credit Plan
PO Box 9020
Des Moines, IA  50368-9020


State Of NH Department Of Revenue
P.O. Box 637
Concord, NH  03302


State Of NH Dept Of Employment Security
Maria Dalterio, Esq.
32 South Main St
Concord, NH  03301


Steel & Woodworks, LLC
8 Frenette Dr.
Hudson, NH  03051


Suburban Propane
P.O. Box 109
Milford, NH  03055


Superior Fire Protection
230 Londonderry Turnpike
Hooksett, NH  03106

Tarbell & Brodich
45 Centre Street
Concord, NH  03301


The Airolite Company, LLC
Bin 145
Milwaukee, WI  53288-0145


The Hartford
P.O. Box 2907
Hartford, CT  06104-2907


The Hollow Inn & Motel
278 S. Main St.
Barre, VT  05641-4829


Thibeault Corporation Of NE
603 Old Mammoth Rd.
Londonderry, NH  03053


Toyota Motor Credit
P.O. Box 9490
Cedar Rapids, IA  52409


Trade Source Inc.
P.O. Box 55572
Boston, MA  02205


Traingle Portable Toilets
29 Chester Rd.
Derry, NH  03038


TZS Contracting Services Inc.
P.O. Box 16416
Hooksett, NH  03106

United Rentals
P.O. Box 100711
Atlanta, GA  30384-0711


Universal Drywall LLC
320 Rockingham Rd. Unit 8
Auburn, NH  03032


USI
12 Gill St. Ste 5500
Woburn, MA  01801


Verizon Wireless
P.O. Box 15023
Worcester, MA  01615-0023


Viking Roofing, Inc.
19B Clinton Dr.
Hollis, NH  03049


Waste Management
4 Liberty Lane West
Hampston, NH  03842


Wells Fargo  Financial
P.O. Box 98751
Las Vegas, NV  89193-8751


Wells Fargo Card Services*
P.O Box 10475
Des Moines, IA  50306


Wff Cards
4137 121st St
Urbendale, IA  50323

White Directory
P.Ol Box 5168
Buffalo, NY  14240-5168


Whites Welding
6 Kershaw Ave.
Hampton, NH  03842


Williams Home Improvement
506 Notre Dame Ave.
Manchester, NH  03102


Winer And Bennett, LLP
Re: Centrix Bank & Trust
P.O. Box 488
Nashua, NH  03061-0488


Wragg Brothers Well Drilling
P.O.Box 110
Ascutney, VT  05030


Wright Express Fleet Card
97 Darling Ave
S. Portland, ME  04106-2301