Form GTotocloscstmp

## UNITED STATES BANKRUPTCY COURT

District of New Hampshire
1000 Elm Street
Suite 1001
Manchester, NH 03101−1708

In Re: Nazar V. Lopushansky
      Debtor

Case No.: 11−12130−JMD

Chapter: 7

### ORDER CLOSING CASE

It appears from the records of the court that the estate of the above−named debtor(s) has been fully administered.

IT IS ORDERED THAT:

The Trustee is discharged as trustee of the estate of the above−named debtor(s) and the bond is cancelled.

The chapter 7 case of the above−named debtor(s) is closed.

Dated: 10/5/11

/s/ J. Michael Deasy
Bankruptcy Judge